UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80658-CIV-RYSKAMP/VITUNAC

DENA LOWELL-BLAUSCHILD f/k/a
DENA LOWELL TOPPER, on her own
behalf and on behalf of all other similarly situated,

    Plaintiff,

v.

HAUTE CUISINE CATERERS, INC., and
RENE BOUER,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to Plaintiff's Amended Notice of Voluntary Dismissal, filed July 10, 2008 **[DE 5]**.  It is hereby

ORDERED AND ADJUDGED that the above styled action is DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 11th day of July, 2008.

                                          S/Kenneth L. Ryskamp
                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE

THIS CAUSE concert for the Court pursuant to Plaintiff's Notice of Voluntary Dismissal